UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STEPHEN LAMAR WOODS,**

   Plaintiff.

v.                                       No. 4:21-cv-1373-P

**CITY OF BEDFORD, TEXAS, ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

   United States Magistrate Judge Jeffrey L. Cureton made Findings, Conclusions, and a Recommendation ("FCR") in this case on May 10, 2022. ECF No. 9. No objections were filed, and the Magistrate Judge's FCR is ripe for review. The undersigned reviewed the FCR for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct.

   Therefore, the Court **ADOPTS** the reasoning in the Magistrate Judge's FCR. Accordingly, Plaintiff's claims against Bedford Police Department pending in this action are **DISMISSED without prejudice.**

   **SO ORDERED** on this **31st day of May, 2022**.

Mark T. Pittman
United States District Judge