UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STEVEN LAMAR WOODS,**

   Plaintiff,

v.                                                                                          **No. 4:21-CV-01373-P**

**CITY OF BEDFORD, TEXAS, ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, and RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 22. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS that Defendants City of Bedford and Officer B. Deutsch's Motion to Dismiss (ECF No. 18) is granted** and the above-styled and numbered cause is **DISMISSED without prejudice as to these Defendants.**

**SO ORDERED** on this **27th day of October 2022.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE